## COLE v. PARKS.

### *Appeal from Muscatine Court, Friday — March 29.*

ACTION upon promissory notes. Defendant pleaded a set-off, the most of which was allowed by the jury, and judgment rendered for the plaintiff for the balance, from which he appealed. The case turned upon questions of fact. None of law were discussed that would be of any interest to the profession, and the judgment below was reversed as not being sustained by the evidence. COLE, J., delivering the opinion.

*Cloud & Broomhall* for the appellant — *Richman & Carskadden* and *Brannan* for the appellee.